UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANASTACIA VIDAL, individually and as Parent and Natural Guardian of S.S.V et al.,

Plaintiffs,

-v-

KAMAR H. SAMUELS et al.,

Defendants.

---

26-CV-5640 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On June 30, 2026, the Court issued a temporary restraining order ("TRO") in *Donohue v. Samuels*, No. 26-CV-5329 (JMF), ECF No. 18, that, on consent of the parties, applies to all cases involving students enrolled at the International Institute for the Brain ("iBrain") in this District that were assigned or reassigned to the undersigned since June 24, 2026. This appears to be another such case. Accordingly, unless and until the Court orders otherwise, this case will be consolidated with *Donohue* and any orders issued in *Donohue*, including the TRO and the July 2, 2026 Scheduling Order, *see* No. 26-CV-5329 (JMF), ECF No. 20, will apply to this case. Should any party in this case wish to be heard separately as to these matters, that party shall file a letter motion, not to exceed one page, seeking leave to file a letter and explaining the need to do so.

SO ORDERED.

Dated: July 6, 2026
New York, New York

JESSE M. FURMAN
United States District Judge